In the Matter of the Summary Proceedings Brought by LORETTA P. HENDRICK, as Landlord, Respondent, v. HENRY O. NUTE, as Tenant, Appellant.— Judgment and final order of the City Court of the city of New Rochelle unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

In the Matter of the Judicial Settlement of the Accounts of ADA C. STURR, as Substituted Trustee, etc., of CATHERINE WILLIAMS, Deceased.— Decree of the Surrogate's Court of Orange county in so far as it provides that the entire corpus of the trust under paragraphs 15 and 23 of the will of Catherine Williams passed to Ada C. Sturr, modified, so as to provide that the corpus of the trusts under said paragraphs is distributable one-half to the appellant as executor of the will of Alberta L. Taylor, and one-half to Ada C. Sturr; and as so modified affirmed, with costs to the appellant payable out of the funds. Rich, Manning and Kapper, JJ., concur; Kelly, P. J., and Young, J., dissent.

In the Matter of the Judicial Settlement of the Account of MARIE WELLBROCK and Another, as Executors, etc., of HERMAN WELLBROCK, Deceased.— Order of the Surrogate's Court of Kings county reversed on the law and the facts, and matter remitted to said court for the purpose of taking oral testimony bearing on the charges of fraud, and also as to the value of the property transferred at the date of transfer. Upon this appeal we express no opinion on the merits. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

THE JACOB HOFFMANN BREWING COMPANY, Appellant, v. JOHN L. KLAGES, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JNO. DUNLOP'S SONS, INC., Respondent, v. ULLMAN-LEVINTHAL SILKS CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Kelby, Young and Kapper, JJ., concur.